**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL   ACTION** |
| **V.** | **NUMBER        10-174** |
| **JOSEPH BRANCH** | **SECTION        "J"** |
| | **MAGISTRATE    3** |

_____ **FILED**                _____

                                                                                                    **DEPUTY CLERK**


**DEFENDANT BRANCH'S MEMORANDUM IN SUPPORT OF HIS**
**UNOPPOSED MOTION TO SET A COURT CONFERENCE**

**MAY IT PLEASE THIS HONORABLE COURT:**

Defendant Joseph Branch was sentenced on October 20, 2011 to serve 60 months in the custody

of the Bureau of Prisons.   He is presently confined to the Tyler Halfway House in Texas.

Defendant Branch was placed on Supervised Release for a term of three years to begin upon his

release from the custody of the Bureau of Prisons.

One condition of defendant Branch's Supervised Release is for defendant Branch to provide

complete access to all financial information to his Probation Officer and for him not incur any debt

without obtaining written permission from his Probation Officer.

Defendant Branch has paid his special assessment and paid a $50,000.00 fine to the United

States.

Defendant Branch requests, with Court approval and under the supervision of the office of

Probation,  that item six of the special conditions of his supervision be modified to allow him to manage

his rental properties, namely Viticus 1, 2, 3, Viticus Landscaping, Viticus Storage, and East Texas Rental

Property.

Defendant Branch shall abide by all other conditions of his supervised release and continue to

provide any information regarding his rental properties and his companies to the appointed Probation

Officer who will be assigned to his supervised release term.

The Assistant United States Attorney, Mr. Harry McSherry has **NO opposition** to this request for

a Court Conference.

WHEREFORE,   defendant Branch prays for relief.

Respectfully submitted,


s/  Provino Mosca_____
Provino Mosca
7212 Stoneleigh Dr.
Harahan,  LA  70123
Phone: 504-738-3994
Fax:     504-737-5443
vmosca@cox.net
Attorney for Joseph Branch



**CERTIFICATE OF SERVICE**


I hereby certify that on Thursday, February 4, 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties in this case.

**s/  Provino Mosca**_____
Bar Roll Number: 8473
7212 Stoneleigh Dr.
Harahan,  LA  70123
Phone:  504-738-3994
Fax:     504-737-5443
vmosca@cox.net